UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LORAN NORTHROP,

                Plaintiff,

    v.

SAFEWAY, INC.,

                Defendant.

C16-350 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendant Safeway, Inc.'s ("Safeway") motion for summary judgment, docket no. 39, is GRANTED in part and DENIED in part. With regard to plaintiff's claims for disability discrimination and retaliation, Safeway's motion is DENIED because disputes of material fact preclude summary judgment. As to plaintiff's claims for disability-based hostile work environment in violation of the ADA and the WLAD, and plaintiff's claim for negligent infliction of emotional distress, Safeway's motion is GRANTED and the claims are DISMISSED with prejudice. The Court will enter an Order explaining its decision in the near future.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of April, 2017.

                        William M. McCool
                        Clerk

                        s/Karen Dews
                        Deputy Clerk