UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LORAN G. NORTHROP,

        Plaintiff,

v.

SAFEWAY INC.,

        Defendant.

C16-350 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion in limine, docket no. 69, is GRANTED in part, DENIED in part, and DEFERRED in part as follows:

    A. Motion to exclude evidence related to possible "bed bug" infestation at the group home in which plaintiff resided is DEFERRED to the Pretrial Conference.

    B. Motion to exclude evidence about "Jane" (who plaintiff testified was his girlfriend or wife and died in childbirth when plaintiff was 22 years old) is DENIED.

    C. Motion to exclude evidence related to an allegation that plaintiff engaged in sexual harassment in the fall of 2014 is DENIED.

    D. Motion to exclude evidence regarding plaintiff's unrelated litigation is GRANTED in part as to litigation involving the Washington State Convention Center because the events are too remote and the evidence must be excluded under Federal Rule of Evidence 403. This motion is otherwise DENIED.

    E. Motion to exclude opinion evidence regarding the character of Brett Dow is STRICKEN as moot.

MINUTE ORDER - 1

F. Motion to exclude evidence regarding plaintiff's disputed diagnosis of schizophrenia/schizoaffective disorder is DEFERRED to the Pretrial Conference.

G. Motion to exclude evidence regarding plaintiff's medical conditions unrelated to this litigation is DENIED.

H. Motion to exclude evidence regarding a 2003 incident involving plaintiff and a Seattle Center co-worker is GRANTED for the same reasons as stated in paragraph 1(D), above.

(2) Defendant's motion in limine, docket no. 70, is GRANTED in part, DENIED in part, and DEFERRED in part as follows:

A.1. Motion to exclude evidence regarding race or national origin based animus on the part of Han Li is DENIED.

A.2. Motion to exclude Meridith Winterfeld's testimony regarding disability-based discrimination that she allegedly suffered is DEFERRED to the Pretrial Conference.

A.3. Motion to exclude testimony regarding Brett Dow's placement of disabled persons in "low level" jobs is (i) DEFERRED to the Pretrial Conference as to plaintiff's testimony; (ii) DEFERRED to the Pretrial Conference as to Winterfeld's testimony; and (iii) DENIED as to Dow's testimony.

B. Motion to exclude evidence of plaintiff's and co-workers' subjective beliefs and opinions regarding plaintiff's job performance is GRANTED except as to plaintiff's supervisors.

C. Motion to exclude testimony from witnesses not disclosed in plaintiff's initial disclosures or responses to discovery is GRANTED in part as to Paul K. Pawlowski, M.D. and Ashley R. Sholes, M.D. This motion is otherwise DEFERRED to the Pretrial Conference.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of May, 2017.

                                    William M. McCool
                                    Clerk

                                    s/Karen Dews
                                    Deputy Clerk