UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORAN G. NORTHROP,<br><br>            Plaintiff,<br><br>      v.<br><br>SAFEWAY, INC.,<br><br>            Defendant. | Case No. 2:16-cv-00350-TSZ<br><br>STIPULATION REGARDING DISMISSAL OF ADA RETALIATION CLAIM<br><br>AND<br><br>ORDER |

## **STIPULATION**

The parties hereby stipulate, and respectfully request that the Court enter an order dismissing with prejudice Plaintiff's claim for retaliation under the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 *et seq.*

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
119 FIRST AVE. SO.-STE. 200
SEATTLE, WA 98104-2564
TEL: (206) 447-1560
FAX: (206) 447-1523

DATED: May 18, 2017

LAW OFFICE OF SUSAN B. MINDENBERGS
By *s/ Susan B. Mindenbergs*
Susan B. Mindenbergs, WSBA No. 20545
susanmm@msn.com
Attorneys for Plaintiff

DATED: May 18, 2017

LANE POWELL PC
By *s/ D. Michael Reilly*
D. Michael Reilly, WSBA No. 14674
reillym@lanepowell.com
Jennifer K. Sheffield, WSBA No. 41929
sheffieldj@lanepowell.com
Attorneys for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
119 FIRST AVE. SO.-STE. 200
SEATTLE, WA 98104-2564
TEL: (206) 447-1560
FAX: (206) 447-1523

# ORDER

Based on the foregoing, IT IS SO ORDERED.

DATED this 18th day of May, 2017.

Thomas S. Zilly
United States District Judge

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
119 FIRST AVE. SO.-STE. 200
SEATTLE, WA 98104-2564
TEL: (206) 447-1560
FAX: (206) 447-1523